No. 314. THE UNITED STATES, APPELLANT, *v.* JOCK COE; No. 315. THE UNITED STATES, APPELLANT, *v.* BONG MENG; and No. 316. THE UNITED STATES, APPELLANT, *v.* WOO JOE. Appeals from the District Court of the United States for the Northern District of Ohio. Submitted January 3, 1905. Decided January 9, 1905. *Per Curiam.* Final orders and decrees reversed, and causes remanded for further proceedings in conformity to law. *United States, Petitioner,* 194 U. S. 194; *Fong Yue Ting* v. *United States,* 149 U. S. 698; *Chin Bak*

*Kan* v. *United States*, 186 U. S. 193; *Ah How* v. *United States*, 193 U. S. 65; *United States* v. *Sing Tuck*, 194 U. S. 161. *The Attorney General* and *Mr. Assistant Attorney General McReynolds* for appellant. No brief filed for appellees.